ACCEPTED
15-24-00102-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 3:02 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00102-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 3:02:10 PM
CHRISTOPHER A. PRINE
Clerk

_____

Texas State Board of Veterinary Medical Examiners and Brittaney Sharkey, Solely in Her Official Capacity as Executive Director of the Texas State Board of Veterinary Medical Examiners,

*Appellants,*

*v.*

Shawn Messonnier, DVM,

*Appellee.*

_____

On Appeal from the
98th Judicial District Court, Travis County, Texas

---

**APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, **Shawn Messonnier, DVM** files this agreed motion for an extension of time to file Appellee's Brief, requesting an extension of time until January 31, 2025, in which to file his brief in the captioned appeal, and in support shows:

Appellants' Brief was filed on December 18, 2024.[1]

The current deadline for filing Appellee's Brief is Friday, January 17, 2025.[2]

---

[1] After an unopposed extension allowed by this Court.
[2] The thirty days after the filing of Appellant's Brief.

Appellee requests, and Appellants do not oppose, a **14-day extension**, for a new filing deadline of **Friday, January 31, 2025.**

The reason for this extension is that the schedule for the Appellee's Brief has substantially overlapped the Christmas and New Year holidays and Appellee's counsel has had numerous scheduling conflicts, both personal and related to other cases. An extension is necessary so that Counsel for Appellee can present this Court with the authorities and argument necessary for a fully informed decision on this appeal.

Appellee has not previously sought any extension of time.

This extension is not sought for delay. No party will be prejudiced if it is granted. As reflected in the Certificate of Conference below, Counsel for Appellants do not oppose this motion.

For these reasons, Appellee prays that the Court grant this Motion for Extension of Time to File Appellee's Brief, extending the filing deadline until **Friday, January 31, 2025.**

Respectfully submitted,

*/s/ J. Kirk Bryant*
J. Kirk Bryant
Texas Bar No. 03280550
kbryant@whitakerchalk.com
Donald A. Ferrill
Texas Bar No. 00784047
dferrill@whitakerchalk.com
WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4186

PHONE: (817) 878-0500
FAX: (817) 878-0501
ATTORNEYS FOR APPELLEE
**SHAWN MESSONNIER, DVM**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on January 14, 2025, I contacted Ted A. Ross, counsel for Appellants about this motion and its contents. Appellant does not oppose the extension of time requested by this motion.

*/s/ J. Kirk Bryant*
J. Kirk Bryant

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 14, 2025, I electronically filed (or caused to be filed) the foregoing document with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notification of such filing to Ted A. Ross, Appellants' counsel.

*/s/ J. Kirk Bryant*
J. Kirk Bryant

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96210598
Filing Code Description: Motion
Filing Description: Appellee's Motion for Extension of Time to File Brief
Status as of 1/14/2025 3:08 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Donald Ferrill | 784047 | dferrill@WhitakerChalk.com | 1/14/2025 3:02:10 PM | SENT |
| Joe Bryant | 3280550 | kbryant@whitakerchalk.com | 1/14/2025 3:02:10 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 1/14/2025 3:02:10 PM | SENT |
| Ted Ross | | ted.ross@oag.texas.gov | 1/14/2025 3:02:10 PM | SENT |